1  Janel R. Ablon, Bar No. 198678
   jablon@littler.com
2  Chase P. Parongao, Bar No. 336506
   cparongao@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, California 90067.3107
   Telephone:   310.553.0308
5  Facsimile:   800.715.1330

6  Attorneys for Defendants
   M.A.C. COSMETICS INC., ELC BEAUTY LLC,
7  THE ESTEE LAUDER COMPANIES INC.
   ESTEE LAUDER INC., ZABRINA GRAHAM
8  and SARA RICHEY

9  Eli Banayan, Bar No. 322075
   eb@banalegal.com
10 BANA LEGAL GROUP, P.C.
   11835 W. Olympic Blvd., Suite 695E
11 Los Angeles, CA 90064
   Telephone:   310.736.3616
12 Facsimile:   310.736.3616

13 Attorney for Plaintiff
   LISA JOHNSON
14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.A.C. COSMETICS INC., ELC BEAUTY LLC, THE ESTEE LAUDER COMPANIES INC., ESTEE LAUDER INC., SHAUNA A. PADILLA, ZABRINA GRAND, SARAH RICHIE, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:25-cv-02917-WBS-SCR<br><br>*[Removed from Sacramento County Superior Court Case No. 25CV019389]*<br><br>**JOINT STIPULATION AND ORDER RE: CONTINUANCE OF HEARING RE: PLAINTIFF'S MOTION FOR REMAND AND PRETRIAL SCHEDULING CONFERENCE**<br><br>Date:　　　12-22-2025 & 2-23-2026<br>Time:　　　1:30 p.m.<br>Judge:　　　Hon. William B. Shubb<br>Location:　Courtroom 5, 14th Floor |

1   Plaintiff LISA JOHNSON ("Plaintiff") and Defendants M.A.C. COSMETICS INC., ELC
2   BEAUTY LLC, THE ESTEE LAUDER COMPANIES INC., ESTEE LAUDER INC. ("Defendants"),
3   ZABRINA GRAHAM and SARA RICHEY (collectively, the "Parties"), by and through their respective
4   counsel of record, hereby stipulate and agree, as follows:

    WHEREAS, Plaintiff filed her Complaint in Sacramento Superior Court on August 14, 2025 (Case No. 25CV019389), asserting claims for (1) failure to pay final wages; (2) waiting time penalties; (3) failure to pay wages timely; (4) unfair competition law; (5) failure to pay overtime; (6) failure to provide meal periods; (7) failure to provide rest periods; (8) wage statement violations; (9) failure to reimburse business expenses; (10) split shift premium violations; (11) retaliation for protected activity; (12) whistleblower retaliation; (13) FEHA age discrimination; (14) FEHA retaliation; (15) failure to prevent discrimination and retaliation; (16) breach of contract; (17) wrongful termination in violation of public policy; (18) violation of California Constitution Article I, §§ 8 and 9; (19) delayed payroll; and (20) unlawful collection of wages due and owing;

    WHEREAS, Defendants removed this action to this Court on October 10, 2025 (Case No. 2:25-cv-02917-WBS-SCR);

    WHEREAS, pursuant to the Court's October 24, 2025, Order, a Status (Pretrial Scheduling) Conference is currently scheduled for February 23, 2026, at 1:30 p.m., before Honorable William B. Shubb in Courtroom 5;

    WHEREAS, Plaintiff filed a Motion to Remand on November 7, 2025 (the "Motion"), noticed for hearing on December 22, 2025, at 1:30 p.m., before Judge Shubb;

    WHEREAS, Defendants' counsel has pre-planned, pre-paid family commitment requiring travel during the holiday week of December 22, 2025, and will be unavailable;

    WHEREAS, Plaintiff's counsel anticipates the birth of his child in or around January of 2026, and will be unavailable for the currently scheduled Status (Pretrial Scheduling) Conference;

    WHEREAS, Plaintiff's counsel and Defendants' counsel executed a similar joint stipulation for continuance to March 3, 2026, in a related matter before Honorable Chi Soo Kim in Courtroom 25;

    WHEREAS, the Parties have conferred and agree that continuing both the Motion hearing and the Pretrial Scheduling Conference will conserve judicial resources, minimize counsel's flights between

Los Angeles and Sacramento, and reduce costs;

NOW, THEREFORE, subject to the Court's approval, it is hereby stipulated and agreed, by and between the Parties, as follows:

1. The hearing date for Plaintiff's Motion for Remand currently set for December 22, 2025, shall be continued to March 2, 2026, at 1:30 p.m. before Judge Shubb in Courtroom 5;

2. The Parties' Status (Pretrial Scheduling) Conference currently set for February 23, 2026, shall be continued to May 4, 2026;

3. All deadlines related to the Parties' Status (Pretrial Scheduling) Conference under Local Rule 240 and the Court's prior scheduling order shall be adjusted accordingly. In contrast, all deadlines relating to Plaintiff's Motion for Remand shall remain as is.

Dated: November 24, 2025               LITTLER MENDELSON, P.C.

                                       /s/ Janel R. Ablon
                                       Janel R. Ablon
                                       Chase P. Parongao
                                       Attorneys for Defendants
                                       M.A.C. COSMETICS INC., ELC BEAUTY LLC,
                                       THE ESTEE LAUDER COMPANIES INC., and
                                       ESTEE LAUDER INC.

Dated: November 24, 2025               BANA LEGAL GROUP, P.C.

                                       /s/ Eli Banayan
                                       Eli Banayan
                                       Attorney for Plaintiff
                                       LISA JOHNSON

**ORDER**

Upon stipulation of the Parties and good cause appearing, the Court hereby orders as follows:

1. The hearing date for Plaintiff's Motion for Remand currently set for December 22, 2025, shall be continued to **March 2, 2026, at 1:30 p.m.** before Judge Shubb in Courtroom 5.

2. The Parties' Status (Pretrial Scheduling) Conference currently set for February 23, 2026, shall be continued to **May 4, 2026 at 1:30 p.m.**;

3. All deadlines related to the Parties' Status (Pretrial Scheduling) Conference under Local Rule 240 and the Court's prior scheduling order shall be adjusted accordingly. In contrast, all deadlines relating to Plaintiff's Motion for Remand shall remain as is.

IT IS SO ORDERED.

Dated: November 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4901-8740-1594.8 / 119593.1026